| | |
|---|---|
| 1 | James A. Michel |
| 2 | State Bar No. 184730 |
|   | 2912 Diamond St. #373 |
|   | San Francisco CA 94131 |
| 3 | 415/ 239-4949 |
|   | (Fax 239-0156) |
| 4 | attyjmichel@gmail.com |
| 5 | Attorney for Plaintiffs |
|   | MARTIN MARGARITO and SILVIA CASTRO |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| MARTIN MARGARITO, SR., an individual, and SILVIA CASTRO, an individual; | Case No. 3:16-cv-04313-EDL |
| Plaintiffs, | STIPULATION AND ORDER FOR DISMISSAL |
| v. | |
| PALMER SYSTEMS, INC., a California Corporation, dba SONOMA COUNTY CREDIT SERVICE, TINA AMADOR, BAY VISTA AT MEADOW PARK, L.P. and DOES 1 through 10, inclusive, | |
| Defendants. | |

The parties herein, Plaintiffs MARTIN MARGARITO and SILVIA CASTRO, through their attorney, James A. Michel, and Defendants PALMER SYSTEMS, INC. and BAY VISTA AT MEADOW PARK, L.P., and interested party THE JOHN STEWART COMPANY through their attorney, Francisco G. Torres, of Zanghi Torres & Arshawsky, LLP, hereby stipulate for an order as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff against Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1);

2. Each party shall bear its own costs and attorney fees.

DATED: November 17, 2016        /s/ Francisco G. Torres
FRANCISCO G. TORRES
State Bar No. 156169
ZANGHI TORRES & ARSHAWSKY LLP
625 Market St Fl 4
San Francisco CA 94105-3306
Tel. # 415/ 977-0444
Email: ftorres@ztalaw.com

Attorney for Defendants
PALMER SYSTEMS, INC. and
BAY VISTA AT MEADOW PARK, L.P.

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: November 17, 2016        /s/ James A. Michel
JAMES A. MICHEL
State Bar No. 184730
2912 Diamond St #373
San Francisco CA 94131
Tel. # 415/ 239-4949
Email: attyjmichel@gmail.com

Attorney for Plaintiffs
MARTIN MARGARITO AND
SILVIA CASTRO

THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED.

DATED: November 18, 2016

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE